```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/08/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA      :

                                         :           22-MJ-8900

      -against-               :

                                         :           <u>ORDER</u>

ELVIS GUERRERO, JEMYNI TRUE, and :
TRENTON MICHAEL JUDKINS,       :
                   Defendants.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on November 7, 2022, the Undersigned was notified that Defendant Elvis

Guerrero wishes to appeal a bail decision rendered by the Magistrate Judge on Friday, November

4, 2022;

      IT IS HEREBY ORDERED that the appeal will be heard on **Wednesday, November 9,**

**2022 at 1:00 p.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square,

New York, New York, 10007.

**SO ORDERED.**

**Date:  November 8, 2022**
     **New York, NY**
                                        **VALERIE CAPRONI**
                                  **United States District Judge**