USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :       22-MJ-8900
         -against-                  :
                                    :       ORDER
ELVIS GUERRERO,                     :
                                    :
                                    :
                        Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 9, 2022, the Court heard oral arguments on Mr. Guerrero's appeal of the Magistrate Judge's decision to detain him pending trial.

IT IS HEREBY ORDERED that, for the reasons stated at the hearing, a status conference will be held on **Monday, November 14, 2022 at 4:00 p.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: November 9, 2022
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**