USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA           :
                                   :     22-MJ-8900
    -against-                    :
                                   :     ORDER
ELVIS GUERRERO,                    :
                                   :
                               Defendant.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the status conference scheduled for November 14, 2022 at 4:00 p.m., is hereby ADJOURNED to **Tuesday, November 15, 2022 at 2:00 p.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: November 10, 2022
New York, NY

                                         **VALERIE CAPRONI**
                                         **United States District Judge**