UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
    UNITED STATES OF AMERICA                                 :
                                                             :    22-MJ-8900
                    -against-                                :
                                                             :    ORDER
    ELVIS GUERRERO,                                          :
                                                             :
                                   Defendant.                :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference on Mr. Guerrero's appeal of his bail determination was held on November 15, 2022.

IT IS HEREBY ORDERED that, for the reasons stated at the hearing, another status conference will be held on **Thursday, November 17, 2022 at 11:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: **November 15, 2022**
      **New York, NY**

_[signature: Valerie Caproni]_
**VALERIE CAPRONI**
**United States District Judge**