USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:　　　22-MJ-8900
　　　　-against-　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:　　　ORDER
ELVIS GUERRERO,　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　Defendant.　　　　　:
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

　　　　IT IS HEREBY ORDERED that the status conference scheduled for November 17, 2022 at 11:00 a.m. is hereby ADJOURNED to **Friday, November 18, 2022 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:　November 15, 2022　　　　　　　　　　　　　_____
　　　　New York, NY　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**